### MENDELLO v. ROSATI.

(City Court of New York, General Term. December 29, 1899.)

COSTS—APPLICATION TO SUE AS POOR PERSON.
Where, on order to show cause why plaintiff's application to sue as a poor person should not be allowed, two affidavits were attached to the order, without the knowledge of the justice, and used on the return day by plaintiff, it was proper to deny the application.

Appeal from special term.

Action by Raffelo Mendello, as infant, etc., against Giovannie Rosati. From an order denying plaintiff's application to sue as a poor person, he appeals. Affirmed.

Argued before FITZSIMONS, C. J., and O'DWYER, J.

J. Palmieri, for appellant.

M. Alter, for respondent.

PER CURIAM. Under the circumstances, the order appealed from was a proper one. It appears that, after the order to show cause was signed by the special term justice, two affidavits were annexed thereto without the knowledge or consent of said justice, and were used upon the return day by plaintiff. It was therefore proper for him to deny plaintiff's application to sue as a poor person. The plaintiff may, however, renew his application upon proper papers. Order appealed from is affirmed, with costs.